**COMMERCIAL QUALITY FEED CENTER, INC., Plaintiff-Respondent,**

v.

**John E. BEASLEY, Defendant,**

and

**Carole Beasley, Defendant-Appellant.**

**No. 11322.**

Missouri Court of Appeals,
Southern District,
Division Two.

Oct. 16, 1979.

David E. Wilhite, Donnelly, Baldwin & Wilhite, Lebanon, for plaintiff-respondent.

Janice P. Noland, Camdenton, for defendant-appellant.

PER CURIAM:

Appellant Carole Beasley filed this appeal after the Circuit Court of Camden County overruled her motion to set aside a default judgment. Appellant has failed to file a transcript within the time provided by the Rules of Civil Procedure or as extended by an order of court. Respondent has filed a motion to dismiss the appeal because of appellant's failure to perfect her appeal.

Respondent's motion to dismiss appeal sustained and appeal ordered dismissed.

All concur.